**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6758**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

EMJADIA PORTER, a/k/a Troy Miller,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:94-cr-00037-sgw)

Submitted: February 26, 2009      Decided: March 4, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emjadia Porter, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emjadia Porter appeals the district court's orders granting his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Porter</u>, No. 7:94-cr-00037-sgw (W.D. Va. Apr. 7 & 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>